# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BENE BREEZE TILLOSON,**
**ADC #653832**                                                                                          **PLAINTIFF**

V.                              NO: 4:16-CV-482-JM-BD

**CHARLES LIGGETT, Doctor, ORCU, ADC**                              **DEFENDANT**

## ORDER

  Plaintiff Bene Breeze Tilloson has submitted this 42 U.S.C. § 1983 case for filing in this district. However, from the facts alleged and the Defendant named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

  IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER MR. TILLOSON'S ENTIRE CASE FILE to the United States District Court for the Western District of Arkansas.

  DATED this 26th day of July, 2016

               _____
               UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.